# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-2972

_____

Arthur Heim, k/a Sir Arthur Heim,     *

                                *

        Appellant,          *

                                *

     v.                          *

                                *

George W. Bush,               *

                                *

        Appellee.           *

 

 

_____

No. 01-3341

_____

Arthur Heim, k/a Sir Arthur Heim,     *

                                *

        Appellant,          *

                                *

     v.                          *

                                *

United States District Court for the     *

District of Nebraska-Omaha, et al.,     *

Case Nos. 99-CV-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, in     *

the Supreme Court of the United States     *

Judges, et al., Term 2000; Magistrate     *

Judge Kathleen A. Jaudzemis; District     *

Judge Joseph F. Bataillon, et al.,     *

                                *

        Appellees.          *

Appeals from the United States
District Court for the
District of Nebraska.

[UNPUBLISHED]

_____

Submitted: December 5, 2001
Filed:  December 10, 2001
_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, Arthur Heim challenges the district court's[1] Federal Rule of Civil Procedure 11 orders sanctioning him for filing harassing and frivolous litigation.  Having carefully reviewed the record, we conclude that, for the reasons stated in the district court's orders, the district court did not abuse its discretion.

Accordingly, we affirm the result reached by the district court.  See 8th Cir. R. 47B.  We also deny all pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.